Irene M. Pierson, complainant-respondent,

*v.*

Howard W. Pierson, defendant-appellant.

[Decided October 9th, 1935.]

24

*Mr. Russell S. Henderson,* for the appellant.

*Messrs. McDonough & McDonough,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion delivered by Advisory Master Herr in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 14.

*For reversal*—None.